■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHATEEK WILLIAMS, Appellant. [846 NYS2d 582]—Appeal by the defendant from an order of the Supreme Court, Kings County (Sullivan, J.), dated June 15, 2005, which, after a hearing pursuant to Correction Law article 6-C, designated him a level three sex offender.

Ordered that the order is affirmed, without costs or disbursements.

Contrary to the defendant's contention, the Supreme Court's determination to designate him a level three sex offender is supported by clear and convincing evidence, and thus, should not be disturbed (*see* Correction Law § 168-n [3]; *People v Morris,* 33 AD3d 778 [2006]; *People v Robert I.,* 33 AD3d 777 [2006]).

The defendant's remaining contention, that he is entitled to a downward departure is unpreserved for appellate review (*see People v Graham,* 35 AD3d 299 [2006]) and, in any event, is without merit. Schmidt, J.P., Rivera, Florio and Balkin, JJ., concur.